**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 50465.**

March 30, 1970.

In re: Phillip J. Cardinale, Jr. applying for writs of habeas corpus, certiorari, and review, and stay order.

Application not considered. There is no compliance with the rules of this court, which makes it impossible for us to pass upon it.

232 So.2d 519

**STATE of Louisiana ex rel. Shelton Joseph WILLIAMS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 50466.**

March 30, 1970.

In re: Shelton Joseph Williams applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

232 So.2d 519

**STATE of Louisiana ex rel. Jessie LOMAS and Robert W. Womack**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 50456.**

March 30, 1970.

In re: Jessie Lomas and Robert W. Womack applying for writs of habeas corpus.

The application is denied. This Court has been supplied with the record of the District Court in these proceedings. After a consideration of such record, we find that the showing made does not warrant the exercise of our original or supervisory jurisdiction.